UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL JAMES BUTLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No: 5:12-CV-0355-CLS-PWG |
| | ) |
| **SHIRLEY BROWN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 6, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed

---

[1] The report and recommendation served upon plaintiff at the address provided by him was returned by the Postal Service as undeliverable. (Doc. no. 8). Plaintiff was notified on the original complaint completed and filed by him that it was his "responsibility to notify the Clerk in writing of any address change. Failure to notify the Clerk may result in dismissal of your case without further notice." (Doc. no. 1, at 1). Plaintiff has failed to notify the Clerk of any change in his address.

pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 28th day of February, 2014.

_____
United States District Judge